# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARHAD AZIMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:16-CV-01948-KBJ |
| v. | ) |
| | ) ORAL HEARING REQUESTED |
| RAK INVESTMENT AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Pursuant to the doctrine of *forum non conveniens*, and Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Ras Al Khaimah Investment Authority ("RAKIA") moves this Court to dismiss the Complaint filed by Plaintiff Farhad Azima on September 30, 2016. In support of this motion, RAKIA is filing an accompanying memorandum of law along with a supporting declaration and exhibits.

For the reasons stated in the memorandum, RAKIA respectfully requests that this Court enter an order dismissing the Complaint pursuant to the doctrine of *forum non conveniens*, for lack of subject-matter jurisdiction, and for failure to state a claim upon which relief can be granted.

2

Dated:  December 12, 2016						Respectfully submitted,


							 /s/ Linda C. Goldstein
							Linda C. Goldstein (*pro hac vice*)
							DECHERT LLP
							1095 Avenue of the Americas
							New York, New York  10036
							Telephone:  (212) 698-3500
							linda.goldstein@dechert.com

							D. Brett Kohlhofer (D.C. Bar No. 1022963)
							DECHERT LLP
							1900 K Street, N.W.
							Washington, D.C.  20006
							Telephone: (202) 261-3349
							d.brett.kohlhofer@dechert.com

							*Attorneys for Defendant*
							*RAK Investment Authority*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 12, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

>Kirby D. Behre (D.C. Bar No. 398461)
>Timothy O'Toole (D.C. Bar No. 469800)
>Charles F. McAleer (D.C. Bar No. 388681)
>Miller & Chevalier Chartered
>900 16th Street, N.W.
>Washington, D.C. 20006
>Tel: (202) 626-5800
>Fax: (202) 626-5801
>Email: kbehre@miclchev.com
>Email: totoole@milchev.com
>Email: cmcaleer@milchev.com

>/s/ D. Brett Kohlhofer
>D. Brett Kohlhofer (D.C. Bar No. 1022963)
>DECHERT LLP
>1900 K Street, N.W.
>Washington, D.C. 20006
>Telephone: (202) 261-3349
>d.brett.kohlhofer@dechert.com
>
>*Attorneys for Defendant RAK Investment Authority*