# EXHIBIT C





ترجمــة قانونيــة
*Legal Translation*

لا تقدم لقسم التصديقات لدى وزارة العدل

Government of Ras Al Khaimah
P.O.Box: 1
Ras Al Khaimah

### Emiri Decree No. (2) of 2005

We Saqr Bin Mohammed Bin Salem Al Qasimi Ruler of the Emirate of Ras Al Khaimah and its surroundings,

After perusal of the Economic Department Law, and

Ras Al Khaimah Free Zone Law, and

The Emiri Decree No. (3) of 2003 relating to the establishment of Ras Al Khaimah Investment and Development Office,

And based on the suggestion of His Highness the Crown prince and Deputy Ruler, and

Based on the necessities of the public interest

We have decreed the following:

**Article (1):** By virtue of this Decree, a public authority is to be established to be overseen by the government of Ras Al Khaimah by the name of "RAK Investment Authority", which shall have a legal personality and will enjoy its financial and administrative independence.

**Article (2):** The Investment Authority will aim to emphasis the objectives of the Economical Department and the Investment and Development Office through suggesting, preparing and implementing the policies, objectives and programs necessary for ensuring the economical development in the Emirate of Ras Al Khaimah, as well as to promote and create a suitable investment environment in the different economical sectors.

**Article (3):** The Investment Authority will carry out the following tasks to ensure its objectives are fulfilled:

a- Suggest the investment policies and overseeing its implementation.
b- Assess the economical feasibility studies relating to the investment projects and stating its opinion.
c- Promote the development projects and investment opportunities in the different economical sectors in the Emirate of Ras Al Khaimah.
d- Develop the industrial areas in the Emirate and promote investment opportunities in it.
e- Develop, promote and strengthen the tourist areas in the Emirate and encourage the investments therein.

I, the signatory to this document, as a legal translator duly licensed and sworn in by the Ministry of Justice, do hereby certify that the enclosed translation is correct and identical to the original text.

U.A.E.   ABU DHABI   Tel. : 02-6424002 – Fax : 02-6424003 – P.O.Box : 8096
         DUBAI       Tel. : 04-2809494 – Fax : 04-2809669 – P.O.Box : 33659
         Website : www.d4t.ae       E-mail : info@d4t.ae




**Dynamic**
*Translation & Office Services*

f- Establish and/or participate and /or manage the investment projects in the various economical sectors particularly the tourist and industrial sectors.
g- Review all applications relating to the establishment of industrial and tourist projects.
h- Attract investments and encourage investments in the industrial projects and creating and strengthening the proper environment for same.
i- Supervising the establishment, licensing and registration of individuals (individuals or companies) whom wish to establish investment projects in the different economical sectors which will have a positive economical impact on the Emirate's economy.
j- Issuance of licenses and permits for entities and companies wishing to carry out business in the Free Trade Zone allocated by the government of Ras Al Khaimah, and issue a law to identify same, and delegate the right of management to the Investment Authority.
k- Collect the fees and expenses relating to the issuance of the licenses, registration, rental of companies and establishments carrying out business in the free zone managed by the Investment Authority.
l- Coordinate with the different establishments, authorities, federal and local bodies whose concern is to implement the laws relating to the economical activities.
m- Any other tasks which may be entrusted to it by the Authority from time to time.

**Article (4):** The Investment Authority will be chaired by his Highness Crown Prince and Deputy Governor, and on his behalf Chairman of the Department of Finance Chairman of the Free Zone, and managed by an executive director to be appointed by his Highness Crown Prince and Deputy Ruler.

**Article (5):** His Highness Crown Prince and Deputy Ruler will issue the regulations, resolutions and instructions necessary to execute this Decree and ensure the proper functioning of the Authority to achieve its objectives.

**Article (6):** The Investment Authority may open branches and/or offices for it inside or outside the Emirate of Ras Al Khaimah to participate in achieving the objectives of the Authority.

**Article (7):** This Decree comes in to effect as as of 1/2/2005.

//Signed & Stamped//
Saqr Bin Mohammed Bin Salem Al Qasimi
Ruler of the Emirate of Ras Al Khaimah

Issued this day the Twenty Second of Dhul Hijjah of 1425 Hijri, corresponding to the Thirty First of January of 2005 Gregorian

DXB01V1302-261-1

I, the signatory to this document, as a legal translator ... from the Ministry of Justice, do hereby certify that the enclosed translation ... and identical to the original text.

| | | | | |
|---|---|---|---|---|
| U.A.E. | ABU DHABI | Tel.: 02-6424002 | Fax: ...003 | P.O.Box: 8096 |
| | DUBAI | Tel.: 04-2809494 | Fax: 04-2809669 | P.O.Box: 33659 |

Website : www.d4t.ae      E-mail : info@d4t.ae

002

بسم الله الرحمن الرحيم

GOVERNMENT OF RAS AL-KHAIMAH

حكومة راس الخيمة

**مرسوم اميري رقم ( ٢ ) لسنة ٢٠٠٥**

نحن صقر بن محمد بن سالم القاسمي حاكم امارة راس الخيمة وملحقاتها

بعد الاطلاع على قانون الدائرة الاقتصادية

وعلى قانون المنطقة الحرة براس الخيمة

وعلى المرسوم الاميري رقم ٣ لسنة ٢٠٠٣ بشأن انشاء مكتب الاستثمار والتطوير

وبناء على ما عرضه ولي العهد ونائب الحاكم

وحسبما تقتضيه المصلحة العامة

فقد رسمنا بما هو آت : –

**مادة (١)**   ينشأ بموجب المرسوم هيئة عامه تتبع حكومة راس الخيمة تسمى " هيئــة راس الخيمة للاستثمار RAK Investment Authority " ويكون لها شخصية اعتبارية وتتمتع بالاستقلال المالي والاداري .

**مادة (٢)**   تهدف هيئة الاستثمار الى تدعيم رسالة الدائرة الاقتصادية ومكتب الاستثمار والتطوير من خلال اقتراح واعداد وتنفيذ السياسات والخطط والبرامج اللازمة لتحقيق التنمية الاقتصادية في امارة راس الخيمة والترويج لها وتهيئة المناخ الاستثماري المناسب في مختلف القطاعات الاقتصادية .

**مادة (٣)**   تمارس هيئة الاستثمار في سبيل تحقيق اهدافها الاختصاصات التالية :–

أ–   اقتراح السياسات الاستثمارية والاشراف على تنفيذها .

ب–   تقييم دراسات الجدوى الاقتصادية الخاصة بالمشاريع الاستثمارية وابداء الرأي فيها .

ج–   ترويج المشاريع الاغائية والفرص الاستثمارية في مختلف المجالات الاقتصادية في امارة راس الخيمة .

د–   تطوير المناطق الصناعية في الامارة وتعزيز فرص الاستثمار فيها .

TRUE COPY

ص.ب : ١ – رأس الخيمة – الامارات العربية المتحدة – هاتف : ٢٢٢٢٢٢٢/٠٧ – فاكس : ٢٢٨٨٥٥٥
P.O.Box : 1 - Ras Al Khaimah - United Arab Emirates - Tel : 07/2222222 - Fax : 2288555

003

بسم الله الرحمن الرحيم

**GOVERNMENT OF RAS AL-KHAIMAH** — حكومة رأس الخيمة

هـ - ترويج وتعزيز وتنمية المناطق السياحية في الامارة وتشجيع الاستثمار فيها .

و - تأسيس و/أو المشاركة و/ أو ادارة المشاريع الاستثمارية في المجـــالات الاقتصادية المختلفة لاسيما السياحية والصناعية .

ز - النظر في طلبات انشاء المشروعات الصناعية والسياحية .

ح - جلب الاستثمارات وتشجيع الاستثمار في المشروعات الصناعية وتهيئة وتعزيز المناخ المناسب لذلك .

ط - الاشراف على تأسيس وترخيص وتسجيل الاشخاص ( سواء افــراد أو شركات) الذين يرغبون في اقامة مشاريع استثمارية في مختلف القطاعات الاقتصادية يكون لها مردود اقتصادي ايجابي على اقتصاد الامارة .

ي - اصدار التراخيص للشركات والمؤسسات الراغبة بمزاولة الاعمـال في المنطقة الحرة التي تخصصها حكومة رأس الخيمة وتصدر قانونا بتحديدها وتفوض هيئة الاستثمار بادارتها .

ك - استيفاء الاجرة والرسوم المتعلقة باصدار التراخيص وتسجيل وتـأجير الشركات والمؤسسات العاملة في المنطقة الحرة المناط ادارتهــا بهيئـة الاستثمار .

ل - التنسيق مع مختلف المؤسسات والهيئات والجهات الاتحادية والمحلية المعنية في تنفيذ القوانين المتعلقة بالانشطة الاقتصادية .

م - اية اختصاصات ومهام أخرى يعهد بها الى الهيئة من وقت لآخر .

**مادة (4)** يرأس هيئة الاستثمار ولي العهد ونائب الحاكم وينوب عنه رئيس دائرة الماليـة رئيس المنطقة الحرة ويتولى ادارتها رئيس تنفيذي يعين بقرار من ولي العهد ونائب الحاكم.

**مادة (5)** يصدر ولي العهد ونائب الحاكم الانظمة والقرارات والتعليمات اللازمة لتنفيذ الرسوم وعمليات تسيير عمل الهيئة وتحقيق أهدافها .



مسودة طبق الأصل
TRUE COPY

دائرة المحاكم

ص.ب : 1 - رأس الخيمة - الإمارات العربية المتحدة - هاتف : 2222222/07 - فاكس : 2288555
P.O.Box : 1 - Ras Al Khaimah - United Arab Emirates - Tel Al 072222222 - Fax : 2288555

004

بسم الله الرحمن الرحيم

**GOVERNMENT OF RAS AL-KHAIMAH**

حكومة رأس الخيمة

| | |
|---|---|
| مادة (6) | يجوز لهيئة الاستثمار فتح فروع و / أو مكاتب لها داخل امارة رأس الخيمة وخارجها للمساهمة في تحقيق اهداف الهيئة . |
| مادة (7) | يسري هذا المرسوم اعتبارا من 1/2/2005 م. |

صقر بن محمد بن سالم القاسمي
حاكم امارة رأس الخيمة وملحقاتها



صدر عنا في هذا اليوم الثاني والعشرين من شهر ذي الحجة 1425 هـ
الموافق لليوم الحادي والثلاثين من شهر يناير 2005 م



الكاتب العدل: عوني الجرجاوي
Notary Public : Awni Al Jergawi

ص.ب : 1 – رأس الخيمة – الإمارات العربية المتحدة – هاتف : 2222222/07 – فاكس : 2288555
P.O.Box : 1 – Ras Al Khaimah – United Arab Emirates – Tel. : 07/2222222 – Fax : 2288555