UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARHAD AZIMA,<br><br>          Plaintiff,<br><br>          v.<br><br>RAK INVESTMENT AUTHORITY,<br><br>          Defendant. | Case No. 1:16-CV-01948-KBJ |

## DECLARATION OF JAMES HUNG, CROWDSTRIKE SERVICES

James Edward Hung declares as follows under penalty of perjury of the laws of the United States:

1. I am the Director of Professional Services, EMEA of CrowdStrike Services, Inc. ("CrowdStrike"). I am over the age of 18 and fully competent to testify as to the matters herein. A Curriculum Vitae detailing my background and forensic qualifications is attached as Appendix A.

2. CrowdStrike Services has been engaged to assess the public availability and nature of online content purporting to consist of private leaked data associated with Farhad Azima. CrowdStrike was engaged at the behest of Dechert LLP law firm, counsel to Defendant RAK Investment Authority in this action.

3. CrowdStrike was asked to perform the following tasks:

    (a) Review the nature and character of the information available from the following websites/webpages:

        (1) thepiratebay.org/torrent/15484452

        (2) monova.org/42248895

        (3) www.voat.co/v/farhadazima/comments/1224410

        (4) farhadazimafraud.soup.io

(b) Investigate the websites listed above and attempt to identify data associated with FARHAD AZIMA;

(c) If possible, identify any other websites associated with similar content relating to FARHAD AZIMA; and

(d) Forensically preserve any such data and store it in a secure environment.

4. The analysis detailed in this report primarily was conducted between March 31, 2017 and April 10, 2017. CrowdStrike also recorded some preliminary observations between January 13, 2017 and January 18, 2017.

## CrowdStrike Background

5. Founded in 2011, CrowdStrike Services helps respond to and prevent damage from a wide range of security incidents and advanced attacks. We help our clients identify targeted adversaries, respond to security breaches, and defend their networks from future attacks. CrowdStrike's consultants are trained forensic investigators and incident responders hailing from wide-ranging backgrounds including both government agencies (including the FBI and NSA), the intelligence community, and private sector consultancies.

6. CrowdStrike's investigation into the matter described above was compensated on a time and materials basis, at an hourly rate of 450 USD. No part of the compensation for CrowdStrike's work is contingent on the opinions expressed in this declaration or the outcome of any associated legal matters.

7. The investigation described herein was performed by me or by an experienced and qualified team acting at my direction.

## Methodology

8. CrowdStrike undertook the investigation and preservation of the provided URLs, associated websites, file-sharing networks, and potentially leaked files according to forensic principles of evidence collection and analysis. The work was performed by experienced investigators using purpose-built, clean

forensic collection virtual machines to ensure the data collected and analyzed was accurate, concise, and uncontaminated.

9. Web browsing, searching, and interaction with file sharing networks was recorded via the use of the industry-standard network traffic capture software Wireshark, along with screen captures, contemporaneous notes, and saved pages via the popular Google Chrome web browser software. Additionally, any successfully retrieved files purporting to be leaked data associated with Farhad Azima were forensically preserved using industry standard forensic software.

10. Using the provided URL's, CrowdStrike formulated a series of keywords and phrases that were used to search the public internet via common search engines such as Google.com, in order to identify websites and pages which link to similar file-sharing content associated with alleged leaks and fraud associated with Farhad Azima. These keywords included:

1) Farhad Azima

2) Farhad Azima Aviation Leasing Group

3) Farhad Azima Aviation Leasing Group Exposed

4) Farhad Azima Exposed

5) Farhad Azima Leaked

11. CrowdStrike did not undertake a review of "dark web" sources such as the Tor anonymity network[1] or private/protected forums and websites. The search and review of purported leaked data associated with Farhad Azima was solely conducted through publically available sources.

---

[1] The Onion Router ("Tor") Anonymity network can be used to obfuscate a user's true IP address in an attempt to avoid attribution or tracking of their actions on the Internet. At a high level, Tor operates by utilizing encryption between a number of other "nodes" in the network to make it extremely difficult to trace the origin of the user's traffic. When a user is employing Tor to mask their network traffic, often the only IP addresses that an external observer will be able to monitor are "Tor Exit Node" addresses – the nodes in the Tor network which elect to be plausibly-deniable conduits for other user's traffic.

## The BitTorrent Protocol

12. CrowdStrike was instructed that the allegedly leaked data was potentially being distributed via the use of the BitTorrent file-sharing network. BitTorrent is a "peer-to-peer" file sharing protocol[2] invented in 2001 which is designed to facilitate the transfer of large files over the Internet. Whilst the BitTorrent protocol has a number of legitimate uses, it has risen to great popularity as a tool to facilitate the illegal trafficking of copyright infringing works. As of 2013, Palo Alto Networks estimated that 3.35% of all worldwide bandwidth use was BitTorrent file-sharing traffic[3].

13. The traditional mechanism for sharing files via the Internet usually consists of a user downloading the desired file in its entirety from a source server[4]. This approach is simple but inefficient and costly to operate when transferring large files. Instead of this traditional one-to-one relationship (called the "client-server model"), BitTorrent was designed to spread the burden of transferring files amongst those downloading it by allowing them to upload and download different pieces of the file to each other at the same time. These groups of file-sharers are called "swarms", and BitTorrent is an example of a "peer-to-peer" network (as "peers" in the network transfer the data to each other, instead of from a single server). The following diagram demonstrates the difference between traditional client-server downloads vs. BitTorrent "swarms':

---

[2] The BitTorrent protocol specification can be found at http://www.bittorrent.org/beps/bep_0003.html
[3] See: http://researchcenter.paloaltonetworks.com/app-usage-risk-report-visualization/#sthash.Q16Ro90I.1jZf4pzm.dpbs, retrieved on April 10, 2017
[4] A server is a computer which provides functionality to other computers and applications (called "clients").



Figure 1 - Example of traditional Client-Server approach vs. the BitTorrent Peer-to-Peer approach

14. In order to connect to a BitTorrent swarm and begin downloading the desired data, a user must use a BitTorrent Client[5] – an application that can communicate with other computers via the BitTorrent protocol. One of the most important functions of a BitTorrent Client is to coordinate with other parts of the BitTorrent network to exchange information about the files being shared and who is sharing them. This information can be provided by coordination servers called "Trackers", or by dynamic network of servers that share the information using a system called Mainline Distributed Hash Tables (Mainline DHT)[6]. When a user wishes to download data from the BitTorrent network, they must get a list of Trackers and a unique value called an "info-hash" for the file(s) they wish to download. This information is stored in small files called "Torrents", or in special links called Magnet Links. Within the BitTorrent

---

[5] An example of a free and popular BitTorrent client application is "uTorrent" (www.utorrent.com).

[6] Mainline DHT is an alternative to using Trackers that shares the torrent tracking information among a distributed network of computers (called "nodes"). This approach removes the reliance of the BitTorrent network on traditional servers which could be targeted by malicious attackers or law enforcement agencies to disrupt the BitTorrent network.

community, websites called Torrent Indexes[7] provide search engines to users to find files they wish to download (such as TV shows, movies, etc.) and the associated Torrent file or Magnet Link.

15. In practice, the BitTorrent network behaves dynamically, with each file-sharing session being subject to a number of factors such as the number of available trackers, seeds, and peers, successful connections to side-channel networks such as DHT, the overall "health" of the swarm, bandwidth and upstream network throttling considerations, network latency and congestion, and the implementation specifics of the open-source BitTorrent protocol. Ultimately, this can result in a Peer having a subjective view of the availability of files within a BitTorrent swarm at a given point in time.

16. In summary, an example of the steps a user wishing to download files from BitTorrent might follow is:

   1) Install a freely available BitTorrent client such as *uTorrent.*

   2) Browse to a BitTorrent Index site such as "thepiratebay.org" using a normal web browser such as Google Chrome.

   3) Identify the content they wish to download using the website's search engine.

   4) Download the content's .torrent file, or alternatively click a Magnet Link.

   5) Load the .torrent file or Magnet Link in their BitTorrent client to join the file-sharing swarm.

   6) The download will commence when a connection with other peers sharing the desired files is made successfully.

17. Finally, it's important to note that if no peers are available in the swarm associated with a Torrent/Magnet Link, or if there isn't a complete copy of the desired data shared between the members of the swarm, it is impossible to download a full copy of the data. Ideally, at least one "Seed" peer (a user who has a complete copy of the data and is sharing it completely) needs to be available in the swarm to ensure that the data can be shared fully.

---

[7] Famous examples of torrent indexes are Suprnova.org and The Pirate Bay (thepiratebay.org) which were prominent websites targeted by law enforcement authorities due to their involvement in the distribution of copyright infringing material.

Findings

18. CrowdStrike's investigation into the URL's[8] provided identified three separate BitTorrent-based downloads allegedly containing leaked data relating to Farhad Azima. In two cases, CrowdStrike was able to successfully complete a download of the leaked data via BitTorrent as of April 10, 2017. These downloads did not require any special privileges or access beyond the use of a freely available BitTorrent client. Furthermore, CrowdStrike established that webpages containing links to Torrent files or Magnet Links for the three BitTorrent downloads were indexed and discoverable by popular public search engines such as Google.com. The downloads were titled as follows:

   1) "FARHAD AZIMA OF THE AVIATION LEASING GROUP EXPOSED"

   2) "Fraud between Farhad Azima and Jay Solomon"

   3) "Farhad Azima's Devices Data Leaked"

19. These torrent links were predominantly aggregated in postings to two blogging websites, "exposedfarhadazima.wordpress.com" and "farhadazimascams.blogspot.co.uk". Both of these blogs were creating using the free services offered by Wordpress.com and Blogspot.co.uk respectively. An example of "farhadazimascams.blogspot.co.uk" can be seen below:



*Figure 2 - A screen capture excerpt from "farhadazimascams.blogspot.co.uk"*

---

[8] "Uniform Resource Locator" (URL) is broadly synonymous with a "web address" that a user may type into their web browser, or access via a link within a webpage.

20. CrowdStrike observed that the earliest date the above downloads were referenced or available was August 4, 2016.

## BitTorrent Downloads

"FARHAD AZIMA OF THE AVIATION LEASING GROUP EXPOSED"



Figure 3 - A Screen Capture of the BitTorrent Download Titled "FARHAD AZIMA OF THE AVIATION LEASING GROUP EXPOSED" taken from 1337x.to

21. A BitTorrent download entitled "FARHAD AZIMA OF THE AVIATION LEASING GROUP EXPOSED" was identified at the following URLs:

   1) thepiratebay.org/torrent/15484452

   2) monova.org/42248895

22. Additionally, CrowdStrike observed this torrent download at the following URL linked to via website links posted on the blog website "Farhad Azima Exposed Again", a Blogspot-hosted blog found at "farhadazimascams.blogspot.com"[9]:

---

[9] See: https://farhadazimascams.blogspot.co.uk/2016/08/farhad-azima-and-his-associate-ray.html, retrieved on April 10, 2017.

> **Farhad Azima Exposed Again**
>
> Farhad Azima Exposed Again
>
> Thursday, August 11, 2016
>
> **Farhad Azima and his associate Ray Adams data leaked**
>
> Farhad Azima and his associate Ray Adams data leaked.
>
> Click the link and find the details here:
>
> http://1337x.to/torrent/1696317/FARHAD-AZIMA-OF-THE-AVIATION-LEASING-GROUP-EXPOSED/

Figure 4 - A screen capture excerpt of the torrent website links posted to "farhadazimascams.blogspot.com"

23. The URL hosting this torrent was:

    1) 1337x.to/torrent/1696317/FARHAD-AZIMA-OF-THE-AVIATION-LEASING-GROUP-EXPOSED/

24. At the time of CrowdStrike's research, this website indicated that the torrent file had been downloaded 81 times[10]. The Torrent/Magnet Link details page included this description of the contents:

> Farhad Azima and his associate Ray Adams data leaked
>
> **Farhad Azima**
> fazima@gmail.com
> hh@fathers.church
> farhad@farhadazima.com
> farhadazima@yahoo.com
> fa@farhadazima.com
> fa@fa1.us
> farhadusa@me.com
>
> **Ray Adams**
> ray@jfjintl.com
> cfo@globalsubdive.com
> ray.adams@algkc.com

Figure 5 - Torrent description for "FARHAD AZIMA OF THE AVIATION LEASING GROUP EXPOSED", retrieved from 1337x.to.

---

[10] Due to the nature of BitTorrent file sharing and the ecosystem of protocols which support the distribution of files via this technology, this figure may be understating or overstating the actual number of downloads of the data associated with the torrent. If a user joined the BitTorrent file-sharing swarm via a different method (such as via Mainline DHT or a completely separate torrent source), this is unlikely to be recorded by the download counter provided by "1337x.to". Additionally, it may not reflect the number of users who went on to download 100% complete copies of the data associated with the torrent file.

25. CrowdStrike analyzed the Torrent files and Magnet Links associated with this download and determined the following information:

| | |
|---|---|
| **Title:** | FarhadExposed |
| **Info-Hash:** | 1B7E19C3E1406240238169A473B38AFB0C2815D5 |
| **Created Date (UTC):** | 2016/08/04 03:31:06 |
| **Number of Files:** | 10 |
| **Total Size:** | 25.7 GB |

26. CrowdStrike was unable to obtain any data referenced by this Torrent/Magnet Link as no peers were available within the BitTorrent swarm for this download at the time of our investigation.

"Fraud between Farhad Azima and Jay Solomon"



Figure 6 - A Screen Capture of the BitTorrent Download Titled "Fraud between Farhad Azima and Jay Solomon", retrieved from 1337x.to

- 10 -

27. A second BitTorrent download called "Fraud between Farhad Azima and Jay Solomon" was identified by following links posted to a WordPress blog called "exposedfarhadazima.wordpress.com", featuring links to the following BitTorrent sites[11]:

> # Shocking truth about Farhad Azima
>
> azamsyed123 / September 5, 2016 / Dr. Khater Massaad, farhad azima, farhad azima exposed, farhad azima fraud, farhad azima Iranian Born charter, farhad azima kansas, farhad azima scam, farhad azima usa, Ray Adams
>
> Do you know Farhad Azima found in many scandals? We found some links which reveal shocking truth about Azima
>
> http://btcache.me/torrent/CA5AF530DCE092A3426EE493A4A5C8409C10B466
>
> http://1337x.to/torrent/1756315/Fraud-between-Farhad-Azima-and-Jay-Solomon/

Figure 7 - A screen capture excerpt of torrent website links posted to "exposedfarhadazima.wordpress.com"

28. The URLs hosting this torrent were:

   1) 1337x.to/torrent/1756315/Fraud-between-Farhad-Azima-and-Jay-Solomon

   2) btcache.me/torrent/CA5AF530DCE092A3426EE493A4A5C8409C10B466

29. The torrent detail page on 1337x.to indicated that the torrent file had been downloaded 46 times[12]. The description listed on this page was as follows:

> Farhad Azima's contact list, personal notes and conversation with Jay Solomon leaked.

Figure 8 - Torrent description for "Fraud between Farhad Azima and Jay Solomon", retrieved from 1337x.to.

30. CrowdStrike analyzed the Torrent files and Magnet Links associated with this download and determined the following information:

   **Title:**              Leak Data

---

[11] See: https://exposedfarhadazima.wordpress.com/2016/09/05/shocking-truth-about-farhad-azima/, retrieved on April 10, 2017.

[12] See footnote 10, above.

|                       |                                          |
|-----------------------|------------------------------------------|
| **Info-Hash:**        | CA5AF530DCE092A3426EE493A4A5C8409C10B466 |
| **Created Date (UTC):** | 2016/08/30 15:41:26                    |
| **Number of Files:**  | 8,063                                    |
| **Total Size:**       | 10.3 MB                                  |

31. CrowdStrike was successful in downloading the data associated with this Torrent due to the continued availability of the data being shared by peers in the swarm. CrowdStrike observed that as of April 10th, 2017 at 22:39 UTC, the data associated with this Torrent was being shared by 1 "seed" (a user who possesses 100% of the data and was sharing it within the BitTorrent network). The IP Addresses/Names of the seed was 87.236.215.39.

32. In addition, during a preliminary review in January 2017, CrowdStrike observed that this file was shared by three additional "seeds" associated with different IP addresses than the "seed" identified as of April 10th, 2017. On January 17th, 2017 at 00:29 UTC, CrowdStrike observed a total of four unique IP addresses sharing this file:

    1) 88.150.175.121
    2) 87.236.215.39
    3) 151.80.8.18
    4) 94.177.123.144

33. CrowdStrike has forensically preserved the files from this Torrent download and stored them securely, as per instruction.

"Farhad Azima's Devices Data leaked"



Figure 9 - A Screen Capture of the BitTorrent Download Titled "Farhad Azima's Devices Data leaked", retrieved from 1337x.to

34. CrowdStrike identified a third BitTorrent download called "Farhad Azima's Devices Data Leaked" available via website links posted to the blog "Farhad Azima Exposed Again", a Wordpress blog found at "exposedfarhadazima.wordpress.com"[13]:



Figure 10 – A screen capture of torrent website links posted to "exposedfarhadazima.wordpress.com"

---

[13] See https://exposedfarhadazima.wordpress.com/2016/09/09/farhad-azimas-devices-data-leaked/, retrieved on April 8, 2017.

- 13 -

35. The URLs hosting this torrent were:

    1) 1337x.to/torrent/1777619/Farhad-Azima-s-Devices-Data-leaked/

    2) www.seedpeer.eu/details/11694381/Farhad-Azima's-Devices-Data-leaked.html

36. The torrent details provided by the 1337x.to website indicated that the torrent file had been downloaded 65 times[14]. The Torrent/Magnet Link details page included this description of the contents:

> Call History, SMS, Recordings, Viber, Voicemail, Whatsapp, Photos and Videos leaked

Figure 11 - Torrent description for "Farhad Azima's Devices Data leaked", retrieved from 1337x.to.

37. CrowdStrike analyzed the torrent files and magnet links associated with this download and determined the following information:

   **Title:**            LeakData2

   **Info-Hash:**        5D65707106C1C7A0562D16F6AE6C90B1AA594B18

   **Created Date (UTC):** 2016/09/08 09:10:34

   **Number of Files:**  3,518

   **Total Size:**       4.4 GB

38. CrowdStrike was successful in downloading the data associated with this torrent due to the continued availability of the data being shared by peers in the swarm. CrowdStrike observed that as of April 8th, 2017 at 02:23 UTC, the data associated with this Torrent was being shared by 2 "seeds".

39. The IP Addresses of the seeds were as follows:

    1) 87.236.215.39

    2) 129.208.40.69

---

[14] See footnote 10, above.

40. CrowdStrike has forensically preserved the files from this Torrent download and stored them securely.

## BitTorrent Seed and Peer IP Addresses

41. During CrowdStrike's research into the availability of the torrent data above, a total of 2 unique IP addresses seen to be Seeding the files were observed as of April, 2017:

    1) 87.236.215.39
    2) 129.208.40.69

42. In addition, the following 3 unique IP addresses were previously observed sharing the "Leak Data" torrent file in as of January 17th, 2017:

    1) 88.150.175.121
    2) 151.80.8.18
    3) 94.177.123.144

43. The IP address 87.236.215.39 was observed Seeding both the "LeakData2" and "Leak Data" torrent files and was predominantly responsible for sharing the torrent data during our testing. This IP appears to belong to a Lithuanian IP address block, and is registered to "1Gbits.com", a server hosting company. At the time of testing, this IP address did not appear to be a Tor Exit node.

44. The IP address 129.208.40.69 was observed Seeding the "LeadData2" torrent file, although primarily as part of the file-sharing swarm rather than the primary distributor. This IP address appears to belong to an IP address block owned by Saudi Telecom Co. At the time of testing, this IP address did not appear to be a Tor Exit node.

45. The IP Address 88.150.175.121 was observed Seeding the "Leak Data" torrent files during CrowdStrike's preliminary research in January, 2017. This IP address appears to belong to a United Kingdom IP address block, and is registered by a UK-based server hosting company "Redstation". The IP address registration also references "cheapwindowsvps.com", a virtual server hosting service. At the time this IP address was observed by CrowdStrike, this IP address did not appear to be a Tor Exit node.

46. The IP Address 151.80.8.18 was observed Seeding the "Leak Data" torrent files during CrowdStrike's preliminary research in January, 2017. This IP address appears to belong to a French IP address block, and is registered by "CheapWindowsVPS.com" (as with the IP address above). At the time this IP address was observed by CrowdStrike, this IP address did not appear to be a Tor Exit node.

47. The IP Address 94.177.123.144 was observed Seeding the "Leak Data" torrent files during CrowdStrike's preliminary research in January, 2017. This IP address appears to belong to a Russian IP address block, and is registered to the server hosting company "Fast Serv Inc", based in Belize. This IP address is also associated with the domain name "xfuntime.com". This domain name appears to have been registered via a registration privacy proxy called "Moniker Privacy Services" based in Florida, USA. At the time this IP address was observed by CrowdStrike, this IP address did not appear to be a Tor Exit node.

48. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th Day of April, 2017,

_____
James Edward Hung

**James Edward Hung** BSc (Hons), GREM, GCFA, GPEN, EnCE | **Curriculum Vitae**
Director of Professional Services, EMEA

**INCIDENT RESPONSE | DIGITAL FORENSICS & INVESTIGATIONS | MOBILE DEVICE ANALYSIS**

**Overview** — A Director with over eight years' experience in Digital Forensics and Incident Response, including primary involvement and testimony in a number of high profile cases. Subject-matter expert in a number of fields, including Incident Response, Mobile Device Forensics, and Web Application Analysis.

**Professional Experience**

**CrowdStrike UK, Ltd,** London, UK                                                          Apr 2016 – Present
**Director of Professional Services, EMEA** *(Apr 2016 – Present)* – I am responsible for leading CrowdStrike Services international expansion into the EMEA region, including managing and developing a team of professional consultants in the delivery of Incident Response, Digital Forensics, and proactive security improvement engagements. Alongside managing the business development, technical, and investigative operations of the EMEA Professional Services team, I maintain an active investigative caseload and involvement in programme development.

- Compromise Assessment programme development lead, including refinement of incident response triage methodology using CrowdStrike's advanced live response tooling and analysis techniques.
- Lead litigation support and expert witness/Digital Forensics delivery track for CrowdStrike Professional Services.
- Active lead incident coordinator in multiple advanced adversary data breaches at organizations including large financial institutions, infrastructure providers, and enterprise services industry.

**Stroz Friedberg LLC,** London, UK                                                         Dec 2013 – Apr 2016
**Senior Digital Forensic Examiner** *(Dec 2013 – Jan 2015)*
**Director, Digital Forensics** *(Jan 2015 – Apr 2016)* – responsible for co-managing the firm's London-based Digital Forensics department, which involved leading a team of eight investigators in issues of incident response, forensic investigations, and proactive computer and network security.

- Developed and executed an analysis framework to investigate historical web API exploitation in over 400TB of web server logs under short-fuse time-critical circumstances. Deployed a distributed Hadoop and Amazon AWS (EC2, S3, EMR) approach to achieve forensic analysis and visualization goals.
- Led the incident response team in a challenging high-profile data breach involving a streaming media provider. The victim organization operated a large and almost entirely home-grown application platform built upon highly customized open-source infrastructure, rendering most of the traditional approaches to data collection and analysis inapplicable. Through close technical cooperation and the use of novel approaches to co-opt existing infrastructure management tooling, my team and I were able to investigate and observe the attacker's activity and provide effective remediation recommendations.
- Developed and executed a honeypot operation in which a persistent cybercrime operator was coerced into executing a breach campaign against a monitored dummy network. Intelligence gathered from this operation allowed the detection and profiling of the Remote Access Trojan (RAT) used by the attacker and subsequent decryption of associated network packet captures for additional visibility into the post-exploitation movement and activity of the intruder.

**Stroz Friedberg LLC,** Los Angeles, CA / London, UK       Aug 2010 – Dec 2013
**Senior Digital Forensic Examiner** – Established as a core member of the Los Angeles/West Coast Digital Forensics practice, I was responsible for providing client-facing technical project management, principal forensic analysis and preservations, and senior oversight of other examiners for the West Coast operations.

Responsibilities included the forensic preservation of computers (PC Desktops/Laptops, Apple iOS and OSX devices, Linux/Android Netbooks), enterprise-grade server and network infrastructure (including Windows and Linux Server platforms, VMWare virtualized environments, and large capacity NAS/SAN implementations), and Mobile Devices (Smartphones and Feature-phones). Investigative casework included departed employee forensics, detecting and profiling evidence spoliation, behavioral forensics, and e-discovery harvesting/processing.  I provided Incident Response support including memory analysis, malware analysis (behavioral), rapid remote triage using F-Response, and log file analysis.

I have provided written and deposition testimony based on analyses performed using novel and tailor-made techniques and protocols that I designed and implemented.  Role highlights include:

- Leading forensic collections and consulting with Microsoft for 3 landmark Botnet takedowns, including Rustock (2011), Zeus (2012), and Citadel/Zeus Variants (2013).
- Leading incident response analysis in a large scale Advanced Persistent Threat (APT) intrusion of a significant executive talent agency, the results of which were critical in identifying the scope of the data breach and IP exfiltration.
- Web application analysis and behavioral profiling work that was highly influential in the Sambreel v. Facebook and Hertz v. Sambreel litigations (2012) and resulted in favorable judgements for our clients.
- Analytical methodology and tools I developed for the In Re Facebook, INC., PPC Advertising Litigation were instrumental in securing a favorable judgement for our client and withstood adverse methodological peer review.

**Stroz Friedberg LTD,** Leeds, West Yorkshire, UK       Jan 2009 – Aug 2010
**Digital Forensic Examiner** – Gained experience as part of a team of specialist forensic consultants focused on Mobile Device forensics, criminal investigations (including analysis of indecent image and child abuse, fraud, embezzlement, burglary, and violent crimes). Performed JTAG hex-dump acquisitions and analysis of Mobile Device data to provide otherwise-irretrievable deleted content for use in criminal proceedings.

## Technical Skills & Experience

*Forensic Tools, Techniques & Software*   CrowdStrike Falcon Host, CrowdStrike Falcon Forensic Collector (FFC), EnCase, FTK, X-Ways Forensics, The Sleuth Kit, SANS SIFT Kit, BackTrack/Kali, F-Response, Internet Evidence Finder, Cellebrite Physical Analyzer, MicroSystemation XRY/XACT, Volatility, Mandiant RedLine, Wireshark, WildPackets OmniPeek, Riverbed AirPcap, QualysGuard, Splunk, Hadoop, Bash Scripting (native and via Cygwin), the Security Onion stack (including Snort and BRO IDS), proprietary agent-based data collection tools.

*Scripting & Development*   Python (2.7, 3.2), C++, EnScript, PHP, SQLite, MySQL, JavaScript, Apache Pig Latin, and HTML. Examples of the use of these skills in casework include:

- Log aggregation and analysis (including statistical analysis and visualization) in clustered and big-data aggregation platforms.
- File format reverse-engineering and complex file carving.

| | |
|---|---|
| *Trial/Deposition Testimony & Publications* | - *Oct 2015:* Expert deposition testimony, In Re Facebook Privacy Litigation, United States District Court for the Northern District of California, 5:10-cv-02389
- *Nov 2011:* Expert deposition testimony In Re Facebook, INC., PPC Advertising Litigation, United States District Court for the Northern District of California, 4:09-cv-03043-PJH
- *May 2011:* "Mobile Device Forensics: A Brave New World?", Bloomberg Law Reports, James Hung & Jason Gonzalez. |
| **Education** | **Sheffield Hallam University**, Sheffield, S.Yorks, U.K.
**Computing (Networks) BSc (Hons),** 2004 - 2008
*First-Class*

*Industry Qualifications:*
- **EnCase Certified Examiner (EnCE)**, Guidance Software, 2009 – Present.
- **GIAC Certified Forensic Analyst (GCFA)**, SANS, 2013.
- **GIAC Certified Penetration Tester (GPEN),** SANS, 2014.
- **GIAC Certified Reverse Engineering Malware (GREM),** SANS, 2016.

*Industry Training:*
- **SANS FOR610: Reverse Engineering Malware,** SANS, 2015
- **SANS SEC560: Network Penetration Testing and Ethical Hacking,** SANS, 2014
- **SANS FOR508: Advanced Forensic Analysis and Incident Response**, SANS, 2013.
- **Advanced Smartphone Forensics**, Teel Technologies, 2012.
- **EnCase II, EnCase Advanced Computer Forensics, EnCase Advanced Internet Examinations**, Guidance Software, 2009 – 2010. |