IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FARHAD AZIMA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAK INVESTMENT AUTHORITY,<br><br>　　　　　Defendant. | Civil Action No. 1:16-CV-01948-KBJ |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS
PRIOR TO A RULE 26(f) CONFERENCE TO PRESERVE EVIDENCE**

Plaintiff Farhad Azima ("Plaintiff" or "Mr. Azima") moves this Court, pursuant to Fed. R. Civ. P. 26(d)(1) and the Court's inherent powers, for leave to serve limited written discovery on four internet service providers in order to preserve any evidence in the possession of those non-parties that may be relevant to this action. This request for leave is necessary because two of the non-parties have already indicated that, under their business practices, they will not undertake certain document preservation actions in the absence of a formal discovery request issued from or under the authority of this Court. Plaintiff respectfully submits that the requested leave is entirely appropriate under the circumstances, within this Court's jurisdiction and powers and will serve the interests of justice by preserving evidence and the status *quo* pending the resolution of the interlocutory appeal noticed by defendant RAK Investment Authority ("RAKIA" or "Defendant"). As indicated in the Local Rule 7(m) Certification, Plaintiff sought but, did not obtain, RAKIA's consent to this Motion.

In further support of this Motion, Plaintiff submits, and incorporates herein by reference, the accompanying Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter an Order accordingly:

1. Granting Plaintiff immediate leave to issue, pursuant to Fed. R. Civ. P. 45 and prior to a Fed. R. Civ. R. 26(f) Conference between the parties, document subpoenas to the four non-party entities referenced in the Motion.

2. Awarding Plaintiff such other and further relief as the Court deems just and proper.

Dated: July 6, 2018

/s/Charles F. B. McAleer, Jr.
Kirby D. Behre (D.C. Bar # 398461)
Timothy O'Toole (D.C. Bar # 469800)
Charles F. McAleer (D.C. Bar # 388681)
Ian Herbert (D.C. Bar # 1019902)
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
Tel:   (202) 626-5800
Fax:   (202) 626-5801
Email: kbehre@milchev.com
Email: totoole@milchev.com
Email: cmcaleer@milchev.com
Email: iherbert@milchev.com

*Counsel for Plaintiff Farhad Azima*

## LOCAL CIVIL RULE 7(m) CERTIFICATE

I HEREBY CERTIFY, pursuant to Local Civil Rule 7(m), that I have communicated with counsel for Defendant regarding the issues which are the subject of this Motion in an effort to determine whether Defendant would consent to this Motion. Counsel for Defendant indicated that Defendant would not consent to this Motion and intends to oppose it.

On July 6, 2018, I, along with counsel for Defendant, jointly called Chambers to inquire whether the Court wished to have a pre-filing telephone conference regarding this Motion, pursuant to Section 4 of the Appendix to the Court's General Order and Guidelines for Civil

Cases Before Judge Ketanji Brown Jackson.  Following the telephone call to Chambers, the Court indicated that the Motion should be filed through the District Court's electronic filing system.

/s/Charles F.B. McAleer, Jr.
Charles F.B. McAleer, Jr.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 6th day of July, 2018, a true and genuine copy of the foregoing was sent by ECF to the following:

>Linda C. Goldstein (*pro hac vice*)
>Dechert LLP
>1095 Avenue of the Americas
>New York, NY 10036
>Telephone: (212) 698-3500
>Linda.goldstein@dechert.com
>
>D. Brett Kohlhofer (D.C. Bar # 1022963)
>Dechert LLP
>1900 K Street, NW
>Washington, D.C. 20006
>Telephone: (202)261-3349
>d.brett.kohlhofer@dechert.com
>
>*Attorneys for Defendant*

/s/ Charles F. B. McAleer, Jr.
Charles F. B. McAleer, Jr.