IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARHAD AZIMA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:16-CV-01948-KBJ |
| RAK INVESTMENT AUTHORITY, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO SERVE THIRD PARTY SUBPOENAS**

THIS MATTER, having come before the Court on the Motion of Plaintiff Farhad Azima ("Plaintiff" or "Mr. Azima"), by counsel, and pursuant to Fed. R. Civ. P. 26(d)(1) and the Court's inherent powers, for leave to serve third party subpoenas prior to a Rule 26(f) conference, and in consideration of the briefs and arguments of the parties regarding the Motion, it is now therefore,

ORDERED that Plaintiff's Motion shall be, and is hereby, GRANTED, and it is further ORDERED that Plaintiff may issue document subpoenas pursuant to Rule 45 consistent with the scope and terms described in Exhibits A-D to the Motion to the following entities: Google, Inc., Auttomatic, Inc., micfo, and Internet Security – New York.

ENTERED this _____ day of _____, 2018.

_____
Hon. Ketanji Brown Jackson
U.S. District Judge

Copies to All Counsel