**Index of Exhibits**

Exhibit A – Preservation Letter for Google, Inc. of May 23, 2018

Exhibit B – Preservation Letter for Automattic Inc. of May 23, 2018

Exhibit C – Preservation Letter for micfo of June 25, 2018

Exhibit D – Preservation Letter for Internet Security – New York of June 25, 2018

Exhibit E – Google, Inc. Response to Preservation Letter dated June 5, 2018

Exhibit F – Automattic Inc. Response to Preservation Letter dated June 7, 2018