# Exhibit A

# Miller & Chevalier

Ian A. Herbert
Senior Associate
(202) 626-1496
iherbert@milchev.com

May 23, 2018

**CERTIFIED MAIL/RETURN
RECEIPT REQUESTED**

Google, Inc.
c/o Corporation Service Company
Registered Agent
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Kent Walker
General Counsel
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Google Inc.
c/o Custodian of Records
1600 Amphitheatre Parkway
Mountain View, CA 94043

Re:   *Farhad Azima v. RAK Investment Authority*, No. 16-cv-1948-KBJ (D.D.C.)

Request for Preservation of Documents and Information Relating to a Blogspot Account and Website

Dear Sirs/Madames:

We are counsel to the plaintiff in the above-referenced lawsuit pending in the United States District Court for the District of Columbia. The lawsuit involves allegations that our client's computers were hacked and his electronic data stolen, unlawfully posted to BitTorrent sites on the Dark Web and then unlawfully linked to other websites, including Blogspot sites. A copy of a March 30, 2018, decision by the Court denying the defendant's motion to dismiss and summarizing the allegations and claims in the case is attached.

It is our understanding that Blogspot is a proprietary service and/or application owned and operated by Google, Inc. that enables users to establish an online account, set up a website and post information to that website. We understand, therefore, that Google, Inc., is the appropriate entity to receive and respond to this request for preservation relating to Blogspot. If you believe our understandings are incorrect in any respect, please let us know.

# Miller & Chevalier

**MAY 23, 2018**
**PAGE 2**

The following Blogspot account and website are the subject of the above-referenced lawsuit:

Account: crimeboard
Website: https://farhadazimascams.blogspot.com/ and all subdomains, including:

- https://farhadazimascams.blogspot.nl/2016/08/farhad-azima-ceo-of-aviation-leasing.html
- https://farhadazimascams.blogspot.nl/2016/08/farhad-azima-caught-up-in-fund-raising.html
- https://farhadazimascams.blogspot.nl/2016/08/farhad-azima-and-his-associate-ray.html
- https://farhadazimascams.blogspot.nl/2016/08/fraud-between-farhad-azima-and-jay.html
- https://farhadazimascams.blogspot.nl/2016/09/omg-farhad-azima-secrets-revealed_2.html
- https://farhadazimascams.blogspot.nl/2016/09/httpwwwbookmark4youcomtagfarhad-azima_5.html
- https://farhadazimascams.blogspot.nl/2016/09/farhad-azima-done-fraud-again.html
- https://farhadazimascams.blogspot.nl/2016/09/farhad-azima-device-data-leaked.html
- https://farhadazimascams.blogspot.nl/2016/09/scams-that-shamed-us.html

We request that Google, Inc. (including Blogspot) take all actions necessary to preserve, pending further written notice from us, all documents and electronically-stored information (as those terms are used in the Federal Rules of Civil Procedure and the Federal Rules of Evidence) in the possession, custody or control of Google, Inc. (including, without limitation, Blogspot) related to, posted on or removed from the above-listed account and website (including, without limitation, any subdomains) for possible formal discovery in the above-referenced litigation. Such documents and electronically-stored information should include, but are not limited to:

- All information regarding the opening, maintenance, modification and/or closing of the account, including information sufficient to identify the persons and entities who opened, maintained, modified and/or closed the account;
- Basic account information, such as username, email address, name, and phone number for all accounts associated with the above-referenced website;
- All transaction or billing information;
- All log data, including a user's IP address, browser type, and operating system;
- Site creation, posting, and revision history information, including the date and time at which the website was created, the IP address from which the site was created, and the IP address and user-agent for any posts or revisions;

Miller & Chevalier

MAY 23, 2018
PAGE 3

- All deleted posts;
- All available commenter information;
- All contact information associated with domain registration for the above website;
- Account log-in records to include successful and failed/unsuccessful log-in attempts;
- All available website traffic logs; and
- All communications relating to the foregoing topics and subjects.

We would appreciate written confirmation from you that you have taken all necessary steps to implement, achieve and ensure the requested preservation, without any alternation, of the foregoing documents and electronically-stored information. If your terms of service require you to notify your customer of this request, please indicate so to me in a response to this request at your earliest opportunity.

If you have any questions regarding the foregoing, please feel free to contact me.

Regards,

Ian A. Herbert

Enclosure

2366977.2