# Exhibit B

# Miller & Chevalier

Ian A. Herbert
Senior Associate
(202) 626-1496
iherbert@milchev.com

May 23, 2018

**CERTIFIED MAIL/RETURN**
**RECEIPT REQUESTED**

Automattic Inc.                          Paul Sieminski
c/o Custodians of Records                General Counsel
60 29th Street #343                      Automattic Inc.
San Francisco, CA 94110                  60 29th Street #343
                                         San Francisco, CA 94110
                                         legal@wordpress.com

Automattic Inc.
c/o CT Corporation System
service agent
818 West Seventh Street – Suite 930
Los Angeles, California 90017

Re:    *Farhad Azima v. RAK Investment Authority*, No. 16-cv-1948-KBJ (D.D.C.)

       Request for Preservation of Documents and Information Relating to a Wordpress
       Account and Website

Dear Sirs/Madames:

     We are counsel to the plaintiff in the above-referenced lawsuit pending in the United
States District Court for the District of Columbia.  The lawsuit involves allegations that our
client's computers were hacked and his electronic data stolen, unlawfully posted to BitTorrent
sites on the Dark Web and then unlawfully linked to other websites, including Wordpress sites.
A copy of a March 30, 2018, decision by the Court denying the defendant's motion to dismiss
and summarizing the allegations and claims in the case is attached.

     It is our understanding that Wordpress is a proprietary service and/or application owned
and operated by Automattic, Inc. that enables users to establish an online account, set up a
website and post information to that website.  We understand, therefore, that Automattic, Inc. is

Miller & Chevalier

May 23, 2018
Page 2

the appropriate entity to receive and respond to this request for preservation relating to
Wordpress. If you believe our understandings are incorrect in any respect, please let us know.

The following website is the subject of the above-referenced lawsuit:
https://exposedfarhadazima.wordpress.com/ and all subdomains, including:

- https://exposedfarhadazima.wordpress.com/2016/09/20/httpswww-memonic-comusercee8205b-484f-4896-be5b-68b5729daeb9id1fbnw/
- https://exposedfarhadazima.wordpress.com/2016/09/09/farhad-azimas-devices-data-leaked/
- https://exposedfarhadazima.wordpress.com/2016/09/06/farhad-azima-fraud-along-with-jay-solomon/
- https://exposedfarhadazima.wordpress.com/2016/09/02/farhad-azima-secrets/
- https://exposedfarhadazima.wordpress.com/2016/09/05/shocking-truth-about-farhad-azima/
- https://exposedfarhadazima.wordpress.com/2016/08/31/fraud-between-farhad-azima-and-jay-solomon/
- https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-farhad-azima-scammer/
- https://exposedfarhadazima.wordpress.com/2016/08/08/farhad-azima-information/

We request that Automattic, Inc. (including Wordpress) take all actions necessary to
preserve, pending further written notice from us, all documents and electronically-stored
information (as those terms are used in the Federal Rules of Civil Procedure and the Federal
Rules of Evidence) in the possession, custody or control of Automattic, Inc. (including, without
limitation, Wordpress) related to, posted on or removed from the above-listed website and
associated account (including, without limitation, any subdomains) for possible formal discovery
in the above-referenced litigation. Such documents and electronically-stored information should
include, but are not limited to:

- All information regarding the opening, maintenance, modification and/or closing
  of the account, including information sufficient to identify the persons and entities
  who opened, maintained, modified and/or closed the account;
- Basic account information, such as username, email address, name, and phone
  number for all accounts associated with the above-referenced website;
- All transaction or billing information;
- All log data, including a user's IP address, browser type, and operating system;
- Site creation, posting, and revision history information, including the date and
  time at which the website was created, the IP address from which the site was
  created, and the IP address and user-agent for any posts or revisions;
- All deleted posts;

2366976.2

Miller & Chevalier

May 23, 2018
Page 3

- All available commenter information;
- All contact information associated with domain registration for the above website;
- Account log-in records to include successful and failed/unsuccessful log-in attempts;
- All available website traffic logs; and
- All communications relating to the foregoing topics and subjects.

We would appreciate written confirmation from you that you have taken all necessary steps to implement, achieve and ensure the requested preservation, without any alternation, of the foregoing documents and electronically-stored information.  If your terms of service require you to notify your customer of this request, please indicate so to me in a response to this request at your earliest opportunity.

If you have any questions regarding the foregoing, please feel free to contact me.

Regards,

Ian A. Herbert

Enclosure

2366976.2