# Exhibit D

# Miller & Chevalier

Ian A. Herbert
Senior Associate
(202) 626-1496
iherbert@milchev.com

June 25, 2018

**CERTIFIED MAIL/RETURN
RECEIPT REQUESTED**

Internet Security – New York
8195 Sheridan Drive, Suite 901
New York, NY 14221

Re:   *Farhad Azima v. RAK Investment Authority*, No. 16-cv-1948-KBJ (D.D.C.)

Request for Preservation of Documents and Information Relating to an IP Address that Registered to Internet Security – New York

Dear Sirs/Madames:

We are counsel to the plaintiff in the above-referenced lawsuit pending in the United States District Court for the District of Columbia. The lawsuit involves allegations that our client's computers were hacked and his electronic data stolen, unlawfully posted to BitTorrent sites on the Dark Web and then unlawfully linked to other websites. A copy of a March 30, 2018, decision by the Court denying the defendant's motion to dismiss and summarizing the allegations and claims in the case is attached.

Mr. Azima's computers were accessed, without permission or authorization by Mr. Azima, on certain occasions, including between October 13, 2015 and October 15, 2015, from, by or through an IP address, 45.74.37.84, that was registered to Internet Security – New York. We therefore understand that Internet Security – New York is the appropriate entity to receive and respond to this request for preservation relating to this IP address. If you believe our understandings are incorrect in any respect, please let us know.

We request that Internet Security – New York take all actions necessary to preserve, pending further written notice from us, all documents and electronically-stored information (as those terms are used in the Federal Rules of Civil Procedure and the Federal Rules of Evidence) in the possession, custody or control of Internet Security – New York or any related entities for possible formal discovery in the above-referenced litigation. Such documents and electronically-stored information should include, but are not limited to:

June 22, 2018
Page 2

- All information regarding the opening, maintenance, modification and/or closing of the account associated with the IP address, including information sufficient to identify the persons and entities who opened, maintained, modified and/or closed the account;
- Basic account information, such as username, email address, name, and phone number for all accounts associated with the above-referenced IP address;
- All transaction or billing information;
- All contact information associated with the above-referenced IP address; and
- All communications relating to the foregoing topics and subjects.

We would appreciate written confirmation from you that you have taken all necessary steps to implement, achieve and ensure the requested preservation, without any alternation, of the foregoing documents and electronically-stored information. If your terms of service require you to notify your customer of this request, please indicate so to me in a response to this request at your earliest opportunity.

If you have any questions regarding the foregoing, please feel free to contact me.

Regards,

Ian A. Herbert

Enclosure