# Exhibit E

| | |
|---|---|
| **From:** | google-legal-support@google.com |
| **To:** | Herbert, Ian |
| **Subject:** | Preservation from Herbert (Internal Ref. No. 1693329) |
| **Date:** | Tuesday, June 5, 2018 9:35:56 AM |

Dear Ian A. Herbert:

Google's Legal department is in receipt of your letter dated May 23, 2018. Google only takes steps to preserve data upon being properly served with valid legal process. You may wish to request preservation after serving Google with valid legal process.

To learn more about serving Google with a civil subpoena or other legal process that requests user data, please see our help center article at https://support.google.com/faqs/answer/6151275?hl=en.

Thank you for your compliance with this policy.

Regards,

Google Legal Support