# Exhibit F

**From:**      Support
**To:**        Herbert, Ian
**Subject:**   Farhad Azima v. RAK Investment Authority, No. 16-cv-1948-KBJ (D.D.C.)
**Date:**      Thursday, June 7, 2018 3:13:56 PM

##- Please type your reply above this line -##

Francis J. (Automattic)

Jun 7, 19:07 UTC

Hello,

Re: Request for Preservation of Documents and Information Relating to a WordPress Account and Website

We've preserved exposedfarhadazima.wordpress.com as of 2018-06-04. We will preserve this data for 90 days.

Automattic's headquarters are in San Francisco, California. It is our policy to turn over private information only upon receipt of either (1) an order, specifically naming Automattic as a party, that has been validly issued by a United States court or (2) a subpoena that complies with Rule 45 of the Federal Rules of Civil Procedure and/or the California Discovery Act.

For legal requests from outside the United States, we ask that the request be served via a United States court or enforcement agency under the procedures of an applicable mutual assistance legal treaty.

You can read more about our legal guidelines here:

https://en.support.wordpress.com/report-blogs/legal-guidelines/

All orders or subpoenas should be sent to legal@wordpress.com. Please note that per our policies, we forward any preservation request and legal process we receive to our users, and give them an opportunity to challenge disclosure of their personal information before we release it. We also charge an administrative fee of USD $125/hour for compliance with validly issued and served civil subpoenas and reserve the right to review and object to any legal process we receive.

Francis
*Community Guardian*
WordPress.com | Automattic

Attachment(s)
exposedfarhadazima.wordpress.com 2018-05-29.pdf

This email is a service from Automattic.